**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Lee Mitchell,<br><br>    Plaintiff,<br><br>v.<br><br>City of Scottsdale,<br><br>    Defendant. | No. CV-15-00637-PHX-JAT<br><br>**ORDER** |

  Pending before the Court is Plaintiff's "Emergency Motion/Request for Emergency Injunction Secondary to Complaint" (Doc. 4). Plaintiff requests in this document that the Court issue a preliminary injunction requiring Defendant and any other custodians of his animals to "retain and provide proper care" during the duration of the present case. (Doc. 4 at 5). Federal Rule of Civil Procedure ("Rule") 65 governs the issuance of preliminary injunctions, and states that "[t]he court may issue a preliminary injunction only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1).

  Plaintiff has filed a proof of service form with the Court that states, under penalty of perjury, that he has served a summons on the City of Scottsdale. (Doc. 5). The Court notes that Plaintiff's actions do not qualify as proper service under the Federal Rules of Civil Procedure because a party to an action may not serve a summons and complaint. *See* Fed. R. Civ. P. 4(c)(2). Nevertheless, the rules for a preliminary injunction require only notice, not service. Because the City of Scottsdale must have notice and an opportunity to respond to Plaintiff's motion for a preliminary injunction, the Court will

1  order Plaintiff to give a copy of this Order to the City of Scottsdale.

2  Plaintiff has not, however, provided notice to the other party sought to be
3  enjoined, the Arizona Humane Society. *See Parker v. Ryan*, 960 F.2d 543, 545 (5th Cir.
4  1992) ("When dealing with a preliminary injunction, the 'adverse party' means the party
5  adversely affected by the injunction, not the opponent in the underlying action."); *see
6  also Washington v. Wa. State Commercial Passenger Fishing Vessel Ass'n*, 443 U.S. 658,
7  692 n.32 (1979). Therefore, unless Plaintiff also gives notice to the Arizona Humane
8  Society and provides them with a copy of this Order, the Arizona Humane Society cannot
9  be the subject of an injunction.

10  For the foregoing reasons,

11  **IT IS ORDERED** that Plaintiff shall give the City of Scottsdale a copy of this
12  Order. Plaintiff shall file an affidavit describing the details of this service.

13  **IT IS FURTHER ORDERED** that the City of Scottsdale shall, within ten days
14  from the date on which it receives a copy of this Order, file a response to Plaintiff's
15  motion for a preliminary injunction.

16  Dated this 14th day of April, 2015.

James A. Teilborg
Senior United States District Judge